**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| JOHN ROE, et al., | : |
| Plaintiffs, | : Case No. 3:15-cv-111 |
| -vs- | : Judge Hon. Thomas M. Rose |
| AMAZON.COM, INC., et al. | : Magistrate Judge _____ |
| Defendants. | : |

**STIPULATED EXTENSION OF TIME**
**TO MOVE OR PLEAD**

Pursuant to Local Rule 6.1, Plaintiffs John and Jane Roe and Defendant Amazon.com, Inc. ("Amazon"), hereby stipulate that Amazon shall have a twenty-one day extension of time, until and including April 24, 2015, to move or plead in response to Plaintiffs' Complaint. There have been no prior stipulated extensions of time.

Respectfully submitted,

| | |
|---|---|
| David E. Beitzel (per email authority) | John F Marsh |
| David E. Beitzel (0018224), Trial Attorney | John F. Marsh (0065345) |
| BEITZEL LAW OFFICE | jmarsh@hahnlaw.com |
| 22 North Short Street | HAHN LOESER & PARKS LLP |
| Troy, Ohio 45373 | 65 East State Street |
| (937) 440-9220 | Columbus, Ohio 43215 |
| (Fax) (888) 779-7765 | Direct: 614-233-5102 |
| dbeitzel@beitzelaw.LegalOffice.pro | Fax: 614-233-5107 |
| *Attorney for Plaintiffs* | Deepak Gupta (*pro hac vice*, pending) |
| | dgupta@fbm.com |
| | California State Bar No.: 226991 |
| | FARELLA BRAUN + MARTEL, LLP |
| | 235 Montgomery St., Fl. 17 |
| | San Francisco, California 94104 |
| | Direct: 415-954-4491 |
| | Fax: 415-954-4480 |
| | *Attorneys for Defendant Amazon.com, Inc.* |

7367551.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2015, the foregoing document was filed electronically with the Clerk of Court using CM/ECF system, and notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

/s/ John F. Marsh
John F. Marsh (0065345)

7367551.1